**Opinion issued March 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00814-CR

_____

**ADRIANA TAMEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1404499**

---

## MEMORANDUM OPINION

On February 10, 2015, appellant, Adriana Tamez, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss

any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).